**Frances Cleveland, and Leonard Wayman, Appellees, v. City of Chicago, a Municipal Corporation, Appellant.**

**Gen. No. 47,319.**

First District, Second Division.

July 3, 1958.

Released for publication September 18, 1958.

John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, and James C. Murray, Assistant Corporation Counsel, of counsel) for defendant-appellant; Howard & Howard (Marshall S. Howard, of counsel) for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**